MITFORD C. MASSIE, APPELLANT, v. COURT OF COMMON PLEAS OF MONMOUTH COUNTY, RESPONDENT.

Argued February 12, 1931—Decided October 19, 1931.

For the appellant, *Arthur Lovell.*

For the respondent, *John C. Grimshaw.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Lloyd, Case, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 11.

*For reversal*—None.